# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STEVEN A. MARKS AND ERIN L. MARKS

NO. 2021 CW 1333

VERSUS

UNITED PROPERTY & CASUALTY INSURANCE COMPANY

JANUARY 31, 2022

---

In Re:    United Property & Casualty Insurance Company, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2019-10-197.

---

BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.

**WRIT NOT CONSIDERED.** This writ application fails to comply with Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(B), (C)(6), (8), and (11) because the attached documents and exhibits are not identified and consecutively numbered; it does not include a signed copy of the judgment at issue; it does not contain a copy of the petition; and it does not contain a copy of the notice of intent or the return date order. In addition, in the event a new writ application is filed, this court requires a copy of the pertinent hearing transcript.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 and 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before March 3, 2022, and must contain a copy of this ruling.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT